141 A.3d 1237

**MALT BEVERAGE DISTRIBUTORS ASSOCIATION, Gabler's Beverage Distributor, Inc. and PKD, Inc., Appellants,**

**v.**

**PENNSYLVANIA LIQUOR CONTROL BOARD, Appellee**

**Ohio Springs, Inc. t/a Sheetz, Intervenor.**

**No. 8 MAP 2016.**

Supreme Court of Pennsylvania.

July 18, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2016, the Application to Dismiss is **GRANTED.** Each party is to bear its own costs.

The Application to Stay the Briefing Schedule is **DISMISSED AS MOOT.**